Argued May 8, affirmed May 14, petition for rehearing denied June 14, petition for review denied September 5, 1973

STATE OF OREGON, *Respondent, v.* HAZEL LOUISE FOX (No. 41474), *Appellant.*

509 P2d 548

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.